**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50030 |
| Plaintiff - Appellee, | D.C. No. 3:13-cr-02257-LAB |
| v. | |
| JUAN CAMACHO-AMADOR, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted December 9, 2014[**]

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

Juan Camacho-Amador appeals from the district court's judgment and

challenges the 68-month sentence imposed following his guilty-plea conviction for

importation of methamphetamine, in violation of 21 U.S.C. §§ 952 and 960. We

have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

Camacho-Amador contends that his sentence is substantively unreasonable because he is a young, first-time offender who committed the offense to support his family. The district court did not abuse its discretion in imposing Camacho-Amador's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence 120 months below the bottom of the Guidelines range is substantively reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See id.*

**AFFIRMED.**